# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE AUDIE G. LEVENTHAL IRREVOCABLE TRUST DATED MAY 12, 2010.

No. 80711

FILED

JAN 15 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

AUDIE G. LEVENTHAL,
          Appellant,
          vs.
GOODSELL LAW GROUP,
          Respondent.

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion and renewed motion to dismiss a petition in a trust action. Eighth Judicial District Court, Clark County; James Crockett, Judge.

As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b); *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"); *see also First Interstate Bank of Cal. v. H.C.T., Inc.*, 108 Nev. 242, 250, 828 P.2d 405, 410 (1992); *Musso v. Triplett*, 78 Nev. 355, 356, 372 P.2d 687, 688 (1962). Accordingly, we lack jurisdiction and

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

---

[1]Appellant's motion filed on January 12, 2021, is denied as moot.

21-01409

cc: Hon. James Crockett, District Judge
John Walter Boyer, Settlement Judge
Audie G. Leventhal
Goodsell Law Group
Eighth District Court Clerk